AUSA: Lauren E. Phillips

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**25 MAG 710**

UNITED STATES OF AMERICA

v.

LUIS A. ESCOBAR,
     a/k/a "Juan Torres-Gomez,"

         Defendant.

**SEALED COMPLAINT**

Violations of 8 U.S.C. §§ 1326(a) and (b)(2)

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

Marc Mancini, being duly sworn, deposes and says that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and charges as follows:

### COUNT ONE
### (Illegal Reentry)

1.    On or about May 22, 2024, in the Southern District of New York and elsewhere, LUIS A. ESCOBAR, the defendant, being an alien who has been denied admission, excluded, deported, and removed from the United States, and has departed the United States while an order of exclusion, deportation, and removal was outstanding, entered, and was found in, the United States, after removal that was subsequent to a conviction for commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States, or the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2.    I am a Special Agent with HSI, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3.    Based on my review of records from HSI and publicly available court records regarding LUIS A. ESCOBAR, the defendant, I have learned, among other things, the following:

    a.    ESCOBAR is a native and citizen of Mexico.  ESCOBAR is not and has never been a citizen of the United States.

b.      ESCOBAR was arrested on several occasions between in or about 1991 and in or about 1995.

i.      On or about October 31, 1991, ESCOBAR was arrested by the New York City Police Department ("NYPD"). The NYPD took ESCOBAR's fingerprints incident to his arrest (the "1991 Arrest Fingerprints"). On or about January 28, 1992, ESCOBAR pleaded guilty in Queens County Supreme Court to robbery in the third degree, in violation of N.Y. Penal Law § 160.05 (the "1992 Case"). That same date, ESCOBAR was sentenced to six months' imprisonment and five years' probation, to run concurrently, and was released on probation.

ii.      On or about March 20, 1993, while on probation for the 1992 Case, ESCOBAR was again arrested by the NYPD (the "1993 Case"). The NYPD took ESCOBAR's fingerprints incident to his arrest (the "1993 Arrest Fingerprints").

iii.      On or about June 21, 1993, while ESCOBAR was on probation, a bench warrant was issued for ESCOBAR's arrest in connection with the 1992 Case, and on or about July 6, 1993, a bench warrant was issued in connection with the 1993 Case. ESCOBAR was returned on both warrants in or about May 1995.

iv.      On or about June 7, 1995, ESCOBAR's term of probation in the 1992 Case was revoked. On or about June 29, 1995, after being sentenced to an indeterminate term of imprisonment of one to three years, he began serving his term of imprisonment.

v.      On or about June 27, 1995, ESCOBAR pleaded guilty in Queens County Supreme Court in the 1993 Case of petit larceny, in violation of N.Y. Penal Law § 155.25, a misdemeanor, and was sentenced to 60 days' imprisonment to concurrently with his term of imprisonment for the 1992 Case.

c.      On or about April 29, 1996, ESCOBAR was released from imprisonment and removed from the United States pursuant to an immigration official's order.

d.      On or about July 13, 2001, ESCOBAR was arrested by immigration officials after being found in the United States. On or about March 21, 2002, ESCOBAR pleaded guilty in the United States District Court for the Eastern District of New York to illegally reentering the United States after having been convicted of an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). On or about March 21, 2002, ESCOBAR was sentenced to 46 months' imprisonment.

e.      On or about December 4, 2004, ESCOBAR was removed from the United States for the second time pursuant to a notice of intent to reinstate a final order.

f.      On or about August 2, 2018, ESCOBAR was arrested by immigration officials after being found in the United States. On or about September 28, 2018, ESCOBAR pleaded guilty in the United States District Court for the Southern District of New York to illegally reentering the United States after having been convicted of an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). On or about September 28, 2018, ESCOBAR was sentenced to time served.

2

g.    On or about October 9, 2018, ESCOBAR was removed from the United States for a third time pursuant to a notice of intent to reinstate a final order. Immigration officials fingerprinted ESCOBAR prior to his removal (the "2018 Removal Fingerprints").

h.    On or about April 16, 2019, ESCOBAR was arrested by immigration officials after being found in the United States. On or about June 21, 2019, ESCOBAR pleaded guilty in the United States District Court for the Southern District of Texas to illegally reentering the United States after having been convicted of an aggravated felony, in violation of 8 U.S.C. §§ 1326(a) and (b). On or about September 10, 2019, ESCOBAR was sentenced to six months' imprisonment.

i.    On or about October 19, 2019, ESCOBAR was removed from the United States for a fourth time pursuant to a notice of intent to reinstate a final order. Immigration officials took ESCOBAR's fingerprints prior to his removal (the "2019 Removal Fingerprints").

j.    On or about February 18, 2020, ESCOBAR was arrested by immigration officials after being found in the United States. On or about May 6, 2020, ESCOBAR pleaded guilty in the Southern District of Texas to illegally reentering the United States after having been convicted of a felony, in violation of 8 U.S.C. §§ 1326(a) and (b)(1). On or about October 13, 2020, ESCOBAR was sentenced to time served.

k.    On or about October 14, 2020, ESCOBAR was removed from the United States for a fifth time pursuant to a notice of intent to reinstate a final order. Immigration officials took ESCOBAR's fingerprints prior to his removal (the "2020 Removal Fingerprints").

4.    Based on my review of records from HSI and my conversations with other law enforcement officers, I have learned that, on or about May 22, 2024, LUIS A. ESCOBAR was arrested by the NYPD in the Bronx, New York. The NYPD took ESCOBAR's fingerprints incident to his arrest (the "2024 Arrest Fingerprints").

5.    Based on my review of a fingerprint comparison report prepared by a fingerprint examiner working for the U.S. Department of Homeland Security, Immigration and Customs Enforcement, I have learned that the 1991 Arrest Fingerprints, 1993 Arrest Fingerprints, 2018 Removal Fingerprints, 2019 Removal Fingerprints, 2020 Removal Fingerprints, and 2024 Arrest Fingerprints taken from LUIS A. ESCOBAR, the defendant, as described above, all match.

6.    A search of all relevant Department of Homeland Security indices has confirmed that, following his initial removal from the United States on or about April 29, 1996, LUIS A. ESCOBAR, the defendant, never obtained the express consent of the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of LUIS A. ESCOBAR, the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

/s Marc Mancini by the Court with permission
Marc Mancini
Special Agent
Homeland Security Investigations

Sworn to me on this 3rd  day of March, 2025

THE HONORABLE ROBYN F. TARNOFSKY
United States Magistrate Judge
Southern District of New York