UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA,                    :

                -against-                         :

LUIS ESCOBAR,                                :

                      Defendant.       :

------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  6/24/2026 |

1:26-cr-267-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

An initial conference in this matter will take place on June 25, 2026 at 3:00 p.m.  The conference will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.  The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

      SO ORDERED.

Dated:  June 24, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge